IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

DION MARIO NEAL
    Plaintiff,

Vs.

CIVIL ACTION NO 2:15-cv-174-MHT

LIEUTENANT CALLOWAY
OFFICER WILSON
OFFICER WOODS
OFFICER MITCHELL
WARDEN BOLLING
CAPTAIN MCKEE ET,AL
    Defendants,

I. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action ? YES( ) NO(X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment ? YES( ) NO(X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below.(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1. Parties to this previous lawsuit:

        Plaintiff(s) _____

        Defendant(s) _____

2. Court (If federal court, name the district; if state court, name the county.) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: was the case dismissed ? Was it appealed ? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement: <u>HOLMAN CORRECTIONAL FACILITY, 3700 HOLMAN, ATMORE, ALABAMA 36503</u>

Place of institution where incident occurred: <u>ELMORE CORRECTIONAL FACILITY, 3520 MARION SPILLWAY RD. ELMORE, ALABAMA 36025</u>

III. Name AND ADDRESS of individual(s) you alledge violated your Constitutional Rights.

| NAME | ADDRESS |

1. <u>Lieutenant Calloway, 3520 Marion Spillway Rd. Elmore, Al. 36025</u>
2. <u>Officer Wilson, 3520 Marion Spillway Rd. Elmore, Al. 36025</u>
3. <u>Officer Woods, 3520 Marion Spillway Rd. Elmore, Al. 36025</u>
4. <u>Officer Mitchell, 3520 Marion Spillway Rd. Elmore, Al. 36025</u>
5. <u>Warden Bolling, 3520 Marion Spillway Rd. Elmore, Al. 36025</u>
6. <u>Captain Mckee, 3520 Marion Spillway Rd. Elmore, Al. 36025</u>

IV. The date upon which said violation occurred: **MARCH 28, 2013**

V. State briefly the grounds on which you base your allegation that your Constitutional Rights were violated.

### GROUND ONE

"AMENDMENT XIII"
(CRUEL AND UNUSUAL PUNISHMENT / EXCESSIVE FORCE)

State the facts which support this ground. (State as best you can the time, place, manner and person(s) involved.)

(SEE ATTACHMENT - A / STATEMENT OF CLAIM)

### GROUND TWO

"AMENDMENT XIV"
(EQUAL PROTECTION OF THE LAWS / FAILURE TO PROTECT)

(SEE ATTACHMENT - A / STATEMENT OF CLAIM)

VI. State briefly exactly what you want the Court to do for you. Make no legal argument. Cite no cases or statutes.

I request that this Most Honorable Court grant me a financial reward in the aggregated amount of 3.5 million dollars in U.S. currency as due compensation for punitive damages, pain and suffering, emotional stress, depression and anxiety, physical and mental damages; as well as to cover the required cost of future medical bills (Upon my release from incarceration) inorder to continue receiving Professional attention from Medical, Dental Optical, Mental Health, Back and Manicure Specialist's for the on-going Sinus, Dental, Optical, Mental Health (P.T.S.D.), Back and Thumb nail damages and / or complications I continue to experience which are directly related and / or connected to the serverity of some of the injuries I received during or as a result of the "very brutal assault AND deliberate indifference" imposed upon me by Prison Guards and administrative Officials at The Elmore correctional Facility... I request a Jury Trial.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: MARCH 13TH. 2015

_____
Signature of Plaintiff

MR. DION MARIO NEAL - 214321R
HOLMAN CORRECTIONAL FACILITY
3700 HOLMAN
ATMORE, ALABAMA 36503



$ 000.90
0000806763    MAR 16 2015
MAILED FROM ZIP CODE 36502

THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA 36101

**LEGAL MAIL ONLY**    36101071111