(ATTACHMENT - A / STATEMENT OF CLAIM)

ON THE DATE OF MARCH 28, 2013 AT APPROXIMATELY 6:20 A.M. AT ELMORE CORRECTIONAL FACILITY... OFFICER WILSON AND OFFICER WOODS AGGRESSIVELY APPROACHED ME (DION MARIO NEAL) IN THE RESTROOM AREA OF MY ASSIGNED DORMITORY "DEMANDING" THAT I GO WITH THEM. UPON EXITING THE RESTROOM, I WAS ORDERED BY OFFICER WILSON, TO TAKE THEM TO MY BED. IN THE PROCESS OF DOING SO, BOTH OFFICERS REPEATEDLY MADE INDIRECT STATEMENTS ABOUT A INVESTIGATION. I REMAINED SILENT. OFFICER WOODS RESPONDED TO MY REFUSAL TO TALK BY SAYING: "SEE", THAT'S THE GOD-DAMN PROBLEM - YOU THINK YOU ARE SMART... WHEN WE ARRIVED AT MY BED, OFFICER WILSON BEGAN SEARCHING MY PROPERTY WHILE OFFICER WOODS STRIPPED SEARCHED ME IN THE IMMEDIATE PRESENCE OF AT LEAST 180 - 200 ADDITIONAL INMATES. OFFICER WOODS REPEATEDLY INSTRUCTED ME TO DO THINGS SUCH AS: "SPREAD YOUR ASS" AND "BUST YOUR ASS OPEN" WHILE LAUGHING AT THE VARIOUS SEXUAL EXPLICIT AND DEROGATORY STATEMENTS THAT SEVERAL INMATES MADE EACH TIME HE INSTRUCTED ME TO DO THIS IN FRONT OF THEM. BY THE TIME I WAS ALLOWED TO PUT MY CLOTHES BACK ON, OFFICER WILSON HAD THROWN NEARLY ALL OF MY PROPERTY (IN THE LOCKER BOX) ON THE FLOOR, AND WAS THREATENING TO CONFISCATE IT. I TOLD HIM (OFFICER WILSON) THAT I HAD A COMMISSARY RECEIPT FOR THE PROPERTY WHILE I WAS BEING STRIPPED SEARCHED, BUT HE IGNORED ME AND CONTINUED TO THROW MY PROPERTY ON THE FLOOR. AFTER PUTTING MY CLOTHES BACK ON, I AGAIN TOLD HIM THAT I HAD A COMMISSARY RECEIPT FOR THE PROPERTY. THIS TIME HE STOPPED THROWING MY PROPERTY ON THE FLOOR, STOOD UP, AND SAID: O.K., YOU GOT 3 SECONDS TO SHOW IT TO ME - I WENT STRAIGHT TO IT, AND HANDED IT TO HIM. HE DID A QUICK VISUAL INVENTORY OF THE PROPERTY, THEN LOOKED AT OFFICER WOODS AND SAID: WE CAN'T TAKE THIS SHIT, THIS IS THE RECEIPT FOR IT. HE THEN TOLD ME: ALRIGHT, PUT ALL THAT SHIT BACK IN THE BOX. I INFORMED HIM THAT IT WAS TOO MUCH PROPERTY FOR ME TO JUST DUMP IT BACK IN THE BOX. I EXPLAINED THAT THE ONLY WAY I WOULD BE ABLE TO CLOSE AND LOCK THE BOX IS IF I PUT EVERYTHING BACK IN IT IN A ORGANIZED MANNER. BOTH OFFICERS BEGAN SAYING:

WE DON'T HAVE TIME FOR THAT - WE HAVE TO GO "NOW" I WAS FORCED TO LEAVE ALL MY PROPERTY LAYING ON THE FLOOR AND GO WITH WITH THE OFFICERS TO THE SHIFT COMMANDERS OFFICE... AS I WAS BEING ESCORTED TO THE SHIFT COMMANDERS OFFICE BY OFFICER WILSON AND OFFICER WOODS, BOTH OFFICERS STOPPED ON THE SIDEWALK WE WERE WALKING ON AND BEGAN INTERROGATING ME IN A ATTEMPT TO TRY TO MAKE ME VOLUNTARILY ADMIT TO UNKNOWN ALLEGATIONS. OFFICER WILSON TOLD ME THAT THE LIEUTENANT IS NOT GOING TO GO FOR YOU NOT TELLING HER WHAT SHE WANTS TO HEAR, AND YOU ARE NOT GOING TO LIKE WHAT SHE DOES TO YOU. I STATED THAT I WAS ALMOST CERTAIN THAT THE LIEUTENANT DID NOT INSTRUCT THEM TO STOP AND QUESTION ME ON THE SIDEWALK, AND THAT I FELT WHATEVER WAS GOING TO HAPPEN, HAS ALREADY BEEN PLANNED, SO WE MAY AS WELL GO ON TO THE SHIFT COMMANDERS OFFICE... OFFICER WILSON THEN LEFT OFFICER WOODS AND I STANDING ON THE SIDEWALK WHILE HE WENT INTO THE SHIFT COMMANDERS OFFICE ALONE. APPROXIMATELY 2 OR 3 MINUTES LATER, HE CAME OUT OF THE SHIFT COMMANDERS OFFICE AND INSTRUCTED OFFICER WOODS TO BRING HIM ON... UPON ENTERING THE SHIFT COMMANDERS OFFICE, I RECALL SEEING LIEUTENANT CALLOWAY AND SERGEANT KING STANDING BEHIND A DESK. LIEUTENANT CALLOWAY BEGAN TALKING TO ME IN A VERY DISRESPECTFUL, AGRESSIVE AND THREATENING MANNER. I RESPONDED IN A VERY RESPECTFUL AND NON-AGRESSIVE MANNER. OFFICER WILSON AND OFFICER WOODS WAS STANDING BEHIND ME. LIEUTENANT CALLOWAY AND SERGEANT KING WALKED AROUND THE DESK, AS THEY APPROACHED ME, LIEUTENANT CALLOWAY PUNCHED ME IN THE STOMACH/RIB AREA TWICE. I BEGAN TO PRAY. LIEUTENANT CALLOWAY THEN SAID: "WHO THE FUCK" ARE YOU PRAYING TO. I STATED: SOMEONE ABOVE THIS SITUATION - AT THE SAME TIME I WAS SAYING THAT, OFFICER WILSON SAID: ALLAH - HE'S A MUSLIM. SERGEANT KING THEN ASKED A QUESTION, WHEN I FAILED TO GIVE HER A DESIRED ANSWER, SHE AND LIEUTENANT CALLOWAY ATTEMPTED TO ASSAULT ME AT THE SAME TIME. I WAS FORCED TO PROTECT MYSELF... IMMEDIATELY AFTER DOING SO, I WAS UNEXPECTEDLY TACKLED FROM BEHIND BY OFFICER WILSON AND DRIVEN TO THE FLOOR. OFFICER WILSON LANDED ON TOP OF ME AND

IMMEDIATELY BEGAN BEATING ME BY REPEATEDLY PUNCHING ME IN THE FACE WHILE OFFICER WOODS REPEATEDLY KICKED ME IN THE RIGHT SIDE OF MY FACE, HEAD AND JAW. WHEN I TRIED TO PROTECT MYSELF BY COVERING MY FACE WITH MY HANDS, BOTH OFFICERS CONTINUED TO PUNCH AND KICK ME IN MY FACE, HEAD AND JAW. I UTILIZED MY FORE-ARM TO BLOCK ONE OF OFFICER WOODS KICKS TO MY HEAD, IN THE PROCESS OF DOING THIS, I WAS KNOCKED UNCONSCIOUS. WHEN I REGAINED CONSCIOUSNESS, I WAS LAYING FACE DOWN ON THE FLOOR OF THE SHIFT COMMANDERS OFFICE BEING BEATEN ACROSS THE BACK WITH A SOLID BLACK BATON BY OFFICER WILSON. MY HANDS WERE THEN CUFFED BEHIND MY BACK, AND ALL FOUR (4) OFFICERS CONTINUED TO PUNCH, KICK AND BEAT ME WITH THE BATON. WHEN I WAS SNATCHED OFF THE FLOOR, I WAS HIT ABOVE MY RIGHT EYE FROM BEHIND WITH A EXTREMELY HARD OBJECT WHICH CAUSED TOO (2) LACERATIONS THAT IMMEDIATELY BLED PROFUSELY AND WOULD REQUIRE A TOTAL OF 14 STITCHES... OFFICER WILSON POSITIONED ME IN FRONT OF LIEUTENANT CALLOWAY AND SERGEANT KING AND LET THEM TAKE TURNS PUNCHING AND KICKING ME. SERGEANT KING KICKED ME THROUGH A UNKNOWN DOORWAY IN THE SHIFT COMMANDERS OFFICE. OFFICER WOODS CAME OUTSIDE AND PULLED ME BACK INTO THE SHIFT COMMANDERS OFFICE. ALL FOUR (4) OFFICERS CONTINUED TO BEAT ME... AFTER SEVERELY BEATING ME BEFORE AND AFTER MY HANDS WERE CUFFED BEHIND MY BACK IN THE SHIFT COMMANDERS OFFICE, OFFICER WILSON AND OFFICER WOODS ESCORTED ME TO THE BACK GATE. WHEN WE ENTERED THE CHECK OUT SHACK, THERE WERE APPROXIMATELY 8-12 OFFICERS INSIDE THE SHACK. OFFICER WILSON STATED: HEY YA'LL "THIS" MOTHER-FUCKER HIT THE LIEUTENANT. HE HIT ME ACROSS THE UPPER PART OF MY INNER ARM (LEFT ARM) AND BACK WITH A BATON AS HE SAID THIS. OFFICER WOODS THEN PUSHED ME DOWN ONTO THE FLOOR AND ALL THE OFFICERS BEGAN PUNCHING AND KICKING AND STOMPING ME WHILE OFFICER WILSON CONTINUED TO BEAT ME WITH THE BATON. THIS INCIDENT WAS WITNESSED BY SEVERAL INMATES WHO LATER GAVE STATEMENTS TO INVESTIGATOR: KELLEY B. SMITH... I WAS BEATEN TO THE POINT OF ALMOST LOOSING CONSCIOUSNESS AGAIN. I UTILIZED THE LAST OF MY STRENGTH TO BEGIN PRAYING AGAIN BECAUSE I WAS AFFRAID THAT THE OFFICERS WERE

GOING TO BEAT ME TO DEATH. AS SOON AS I BEGAN TO PRAY, A TELEPHONE STARTED RINGING. WHEN THIS HAPPENED, ALL THE OFFICERS STOPPED BEATING ME BECAUSE THEY DID NOT WANT THE CALLER TO HEAR WHAT WAS GOING ON IN THE BACK GROUND. WHEN THE OFFICER HUNG UP THE TELEPHONE, HE TOLD THE OTHER OFFICERS THAT THE WARDEN SAID BRING HIM BACK TO THE SHIFT OFFICE. I WAS THEN ESCORTED BACK TO THE SHIFT OFFICE BY OFFICER WILSON, OFFICER WOODS AND SEVERAL ADDITIONAL OFFICERS. UPON OUR ARRIVAL AT THE SHIFT COMMANDERS OFFICE, THE DEPUTY WARDEN WAS STANDING IN THE DOORWAY OF THE SHIFT COMMANDERS OFFICE WAITING FOR US. AS SOON AS I SAW HIM, I SAID: WARDEN, I NEED TO TALK TO YOU. THE DEPUTY WARDEN TOLD ME TO SHUT THE FUCK UP AND BRING YOUR ASS ON IN THIS HOLDING CELL. WHEN I ENTERED THE HOLDING CELL, THERE WERE APPROXIMATELY 10 OFFICERS ALREADY INSIDE OF THE HOLDING CELL. THE DEPUTY WARDEN, CAPTAIN McKEE AND A UNKNOWN CAUCASIAN MALE LIEUTENANT WAS ALSO PRESENT IN THE HOLDING CELL. OFFICER WILSON AND OFFICER WOODS MADE ME GET ON MY KNEES. THE DEPUTY WARDEN INSTRUCTED A OFFICER TO PUT LEG IRONS ON HIM. ONCE THE RESTRAINTS WERE PLACED ON MY ANKLES, THE DEPUTY WARDEN, CAPTAIN AND LIEUTENANT STOOD BY AND WATCHED AS ALL THE OFFICERS REPEATEDLY PUNCHED, KICKED AND STOMPED ME. I DO NOT RECALL BEING BEATEN WITH A BATON AT THIS LOCATION. DURING THIS ASSAULT, A PIECE OF MY BELT BUCKLE WAS BROKEN OFF AND WOULD LATER BE FOUND IN THE HOLDING CELL BY INVESTIGATOR: KELLEY B. SMITH... AS THE ASSAULT SEEMED TO BE COMING TO AN END, I HEARD SOMEONE SAY: WE CAN'T KILL HIM WHILE HE'S IN CUFFS. IMMEDIATELY AFTER I HEARD THAT, OFFICER MITCHELL BEGAN TRYING TO TAKE THE HANDCUFFS OFF OF ME. WHEN THIS HAPPENED, THE DEPUTY WARDEN, CAPTAIN AND UNKNOWN LIEUTENANT BEGAN WALKING OUT OF THE HOLDING CELL FOLLOWED BY ALL THE OTHER OFFICERS WITH THE EXCEPTION OF OFFICER MITCHELL WHO WAS BUSY TRYING TO TAKE THE CUFFS OFF OF ME, BUT HIS KEY WOULD NOT UNLOCK THEM. HE THEN WALKED TO THE DOOR OF THE HOLDING CELL AND BEGAN

TELLING THE OTHER OFFICERS TO GIVE HIM ANOTHER KEY BECAUSE HIS KEY WOULD NOT UNLOCK THE CUFFS. WHEN HE REALIZED THAT NO ONE WAS GOING TO GIVE HIM ANOTHER KEY SO THAT HE COULD REMOVE MY HANDCUFFS AND MURDER ME, HE KICKED ME BETWEEN MY LEGS (IN THE GROIN) AND WALKED OUT OF THE HOLDING CELL... THE UNKNOWN CAUCASIAN MALE LIEUTENANT RETURNED TO THE HOLDING CELL AND ORDERED ME TO STAND UP. SERGEANT WATSON THEN ENTERED THE HOLDING CELL WITH A DIGITAL CAMERA AND BEGAN TAKING PHOTOGRAPHS OF ONLY SOME OF MY INJURIES. THE LIEUTENANT WAS INSPECTING MY BODY FOR INJURIES AND INTENTIONALLY DID NOT INFORM SERGEANT WATSON ABOUT SEVERAL OF MY INJURIES IN A ATTEMPT TO CONCEAL PHYSICAL EVIDENCE THAT HE KNEW WOULD BE USED AGAINST THE OFFICERS THAT PARTICIPATED IN THE BRUTAL ASSAULT... I WAS EVENTUALLY TRANSFERRED TO THE STATON HEALTH CARE UNIT BY CAPTAIN MCKEE AND THE UNKNOWN LIEUTENANT. ONCE WE ARRIVED THERE, I ALMOST IMMEDIATELY RECEIVED FACIAL X-RAY'S THAT REVEALED A TOTAL OF 3 FACIAL FRACTURES. THE DOCTOR DETERMINED THAT MY INJURIES WERE TOO SEVERE TO BE TREATED AT THE PRISON INFIRMARY — A AMBULANCE ARRIVED AND I WAS RUSHED TO THE EMERGENCY ROOM AT JACKSON MEMORIAL HOSPITAL IN MONTGOMERY, ALABAMA... WHILE I WAS BEING TREATED IN THE FREE WORLD HOSPITAL, I WAS QUESTIONED ABOUT THE INCIDENT BY INVESTIGATOR KELLEY B. SMITH. DURING QUESTIONING, WE BOTH DISCOVERED THAT THE OFFICERS AND PRISON OFFICIALS HAD GIVEN HER A PREDOMINATELY FALSE ACCOUNT OF THE EVENTS THAT TRANSPIRED DURING THE INCIDENT. IN ADDITION TO THAT, THE INVESTIGATOR ALSO DISCOVERED THAT THE PRISON OFFICIALS DID NOT TAKE PHOTOGRAPHS OF ALL MY INJURIES. THEY ALSO ATTEMPTED TO WITHHOLD (FROM THE INVESTIGATOR) SOME OF THE PHOTO'S THAT WERE TAKEN OF MY INJURIES "NOT KNOWING" THAT ALL OF THE PHOTOGRAPHS HAD ALREADY BEEN FAXED TO THE OFFICIALS AT THE INVESTIGATION AND INTELLIGENCE DIVISION... INVESTIGATOR KELLEY B. SMITH TOOK ADDITIONAL PHOTOGRAPHS OF ALL MY INJURIES WHILE I WAS IN THE HOSPITAL... ALL OF THE OFFICERS AND

PRISON OFFICIALS DENIED ALL ALLEGATIONS OF PHYSICAL ABUSE AND NEGLECT OF OFFICE... TO MY UNDERSTANDING, THE PHOTOGRAPHS TAKEN OF MY BACK INJURIES WERE TAKEN TO A FORENSIC LAB TO BE EXAMINED BY A FORENSIC SPECIALIST. AS A RESULT, A SWORN AFFIDAVIT WAS ISSUED BY THE FORENSIC SPECIALIST CONFIRMING THAT I HAD BEEN BEATEN WITH A "CYLINDRICAL OBJECT"... I RECEIVED KNOWLEDGE OF THIS EVIDENCE FROM INVESTIGATOR: KELLEY B. SMITH... ON THE DATE OF APRIL 2, 2013, I WAS TRANSFERRED FROM STATON HEALTH CARE UNIT TO BULLOCK CORRECTIONAL FACILITY. UPON MY ARRIVAL AT THE BULLOCK CORRECTIONAL FACILITY, I WAS TAKEN TO THE INSTITUTIONAL DENTIST TO HAVE DENTAL WORK PREFORMED ON MY TEETH, SO THAT I COULD BITE DOWN AND EAT SOLID FOOD WITHOUT EXPERIENCING EXTREME PAIN DUE TO THE TOP ROW OF MY TEETH BEING SLIGHTLY JAMMED UP IN THE GUMS DURING THE ASSAULT AT THE ELMORE CORRECTIONAL FACILITY. AFTER HAVING THE DENTAL WORK PREFORMED, I WAS TAKEN TO THE SEGREGATION UNIT AND PLACED IN SOLITARY CONFINEMENT. A NOTIFICATION WAS POSTED ON THE FRONT OF THE CELL COMMANDER MUST BE PRESENT ANYTIME THAT MY CELL DOOR IS TO BE OPENED... ON APRIL 12, 2013 I WAS TRANSPORTED TO THE INVESTIGATION AND INTELLIGENCE DIVISION FOR THE PURPOSE OF TAKING A POLYGRAPH TEST ABOUT THE INCIDENT THAT TRANSPIRED IN THE SHIFT COMMANDER'S OFFICE — I PASSED IT... WHEN THE OFFICERS WERE ACKNOWLEDGED OF THIS AND ASKED IF THEY WOULD ALSO TAKE A POLYGRAPH TEST, ALL OF THEM REFUSED TO DO SO... ON APRIL 18, 2013 I WAS TRANSPORTED BACK TO THE INVESTIGATION AND INTELLIGENCE DIVISION FOR THE PURPOSE OF TAKING ANOTHER POLYGRAPH TEST ABOUT THE INCIDENT THAT TRANSPIRED IN THE HOLDING CELL, I PASSED THE FIRST QUESTION — THE REMAINING TEST RESULTS WERE INCONCLUSIVE. HOWEVER THOUGH, THE POLYGRAPH EXAMINER WAS ABLE TO DETERMINE THAT I WAS MUCH CLOSER TO PASSING THE TEST THAN FAILING IT. AGAIN, ALL OFFICERS AND PRISON OFFICIALS REFUSED TO TAKE A POLYGRAPH TEST, BUT CONTINUED TO DENY ALL ALLEGATIONS OF PHYSICAL ABUSE AND NEGLECT OF OFFICE TO STATE AND FEDERAL INVESTIGATING OFFICIALS.